Case 2:15-cr-20031-PKH   Document 1   Filed 10/28/15   Page 1 of 5 PageID #: 1

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 28 2015

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:15CR20031-001 |
| | ) | 18 U.S.C. § 2252(a)(2) |
| v. | ) | 18 U.S.C. § 2252(b)(1) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| LONNIE SYMONDS | ) | 18 U.S.C. § 2252A(b)(2) |

### INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 6, 2015, in the Western District of Arkansas, Fort Smith Division, the defendant, **LONNIE SYMONDS**, knowingly received a visual depiction of a minor engaging in sexually explicit conduct with the file name "365957[1].jpg" that had been mailed and so shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and so shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TWO

On or about April 6, 2015, in the Western District of Arkansas, Fort Smith Division, the defendant, **LONNIE SYMONDS**, knowingly received a visual depiction of a minor engaging in sexually explicit conduct with the file name "spics_03[1].jpg" that had been mailed and so

1

shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and so shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT THREE

On or about April 6, 2015, in the Western District of Arkansas, Fort Smith Division, the defendant, **LONNIE SYMONDS**, knowingly received a visual depiction of a minor engaging in sexually explicit conduct with the file name "E7D0022[1].jpg" that had been mailed and so shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and so shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT FOUR

On or about April 6, 2015 in the Western District of Arkansas, Fort Smith Division, the defendant, **LONNIE SYMONDS**, knowingly received a visual depiction of a minor engaging in sexually explicit conduct with the file name "l03[1].jpg" that had been mailed and so shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and so shipped and transported by any means, including by computer, and the production

of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIVE

On or about April 28, 2015 in the Western District of Arkansas, Fort Smith, the defendant, **LONNIE SYMONDS**, knowingly possessed a Gateway laptop that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8) including images of minors under the age of 12, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One through Five of this Indictment.

Upon conviction of any Count of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253 the defendant's interest in:

1. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3. any property, real or personal, **including any and all computer equipment,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to, computer equipment used in the commission of the offenses in the Indictment, including the following:

a) a Gateway laptop (Serial# NXY1UAA0162332ACD81601) with a 320GB hard drive

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating by reference Title 21, United States Code, Section 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.                                KENNETH ELSER
                                            ACTING UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Foreperson                          By:     _____
                                            Ashleigh Buckley
                                            Assistant U. S. Attorney
                                            Arkansas Bar No. 2011079
                                            414 Parker Ave
                                            Fort Smith, AR  72901
                                            479-783-5125
                                            Ashleigh.Buckley@usdoj.gov

Indictment – USA v. Lonnie Symonds